IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RODNEY GENE GODWIN,<br><br>    Defendant. | Case No. 3:21-cr-00054-JMK-MMS |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

       A Plea Agreement was filed in this case at Docket 134. Pursuant to Rules 11 and 59 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the Magistrate Judge at which Mr. Godwin entered a guilty plea to Count 5 of the Indictment, a violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A), Conspiracy to Distribute Methamphetamine. Additionally, Mr. Godwin admitted to Criminal Forfeiture Allegations 1 and 2.

Judge Scoble issued a Final Report and Recommendation at Docket 149, in which he recommended that the District Court accept the Defendant's plea of guilty to Count 5 of the Indictment and his admissions to Criminal Forfeiture Allegations 1 and 2. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 5 of the Indictment, Conspiracy to Distribute Methamphetamine; and Defendant's admissions to Criminal Forfeiture Allegations 1 and 2. Defendant is adjudged GUILTY of Count 5.

The Imposition of Sentence set for September 6, 2023, at 11:00 A.M. is VACATED and RESET for September 7, 2023, at 1:00 P.M. in Anchorage Courtroom 3.

DATED this 6th day of June, 2023 at Anchorage, Alaska.

        */s/ Joshua M. Kindred*
        JOSHUA M. KINDRED
        United States District Judge